## LONG ag⁺ COX

Zechariah Long or his lawfull Attourny plaint. ag⁺ Margaret Cox widdow Defend⁺ in an action. of a debt of twenty Four pounds five Shillings and eight pence or thereabouts in mony due as by a bill

under her hand bearing date the. 15th of April. 1675. may appeare with due interest and all other due damages according to attachm$^t$ dat$^d$ July. 17th 1676. . . . The Jury . . . found for the plaint. twenty Four pound Five Shillings eight pence mony damage according to bill and costs of Court being thirty four Shillings Six pence.

Execucion issued July. 31° 1676.